UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TADASHI SAYRES, | NO. CV 08-7276-PSG(CT) |
| Petitioner, | |
| v. | JUDGMENT |
| JAMES WALKER, Warden, | |
| Respondent. | |

    IT IS HEREBY ADJUDGED that the petition is dismissed without prejudice.

DATED: 11/7/08

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE